1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA (CSB #187176)
4  Assistant United States Attorney
           Federal Building  Suite 7516
5          300 North Los Angeles  Street
           Los Angeles, California
6          Tel. 213 894-6117
           FAX:  213 894-7819
7          Email:  Sharla Cerra@usdoj.gov

8  Attorneys for Defendant Commissioner of Social Security

                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA HARRIS, | EDCV 03 0820 SS |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | <u>JUDGMENT FOR PLAINTIFF</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: July 1, 2009

/S/
_____
SUZANNE SEGAL
United States Magistrate Judge

-1-